UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------X
DEBORAH LAUFER, individually,      :
                                                     :
             Plaintiff,              :
                                                     :      3:20-cv-01438 (KAD)
v.                                          :
                                                   :      **DEFENDANT'S MOTION TO**
HARBOR HILL MARINA INC, A      :      **DISMISS AMENDED COMPLAINT**
Domestic Corporation D/B/A INN AT :
HARBOR HILL MARINA,              :
                                                   :
             Defendant.          :
-------------------------------------------------------X

Defendant Harbor Hill Marina Inc, A Domestic Corporation d/b/a Inn at Harbor Hill Marina ("Harbor Hill"), moves the Court for an Order dismissing this action against Harbor Hill with prejudice pursuant to Fed. R. Civ. P. 12(b)(1).

This motion is based upon all of the files, records, and proceedings herein together with the memoranda of law and supporting materials submitted in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Dated: December 14, 2020

                                            Attorneys for Defendant
                                            Harbor Hill Marina Inc

By:_____
       Charles E. Murphy
       Lennon Murphy & Phillips, LLC
       1599 Post Road East
       Westport, CT 06880
       Telephone: (203) 256-8600
       Email: cmurphy@lmplaw.net

ORAL ARGUMENT NOT REQUESTED

## CERTIFICATION OF SERVICE

This is to certify that on this 14th day of December 2020, Defendant's Motion to Dismiss was served via the Court's CM/ECF system on counsel of record for the Plaintiff and via U.S. Mail to the following address:

L. Kay Wilson, Esq.
Wilson Law
2842 Main Street, #332
Glastonbury, CT 06033

*/s/ Charles E. Murphy*
_____
Charles E. Murphy, Esq. (D.Conn.18784)
LENNON, MURPHY & PHILLIPS, LLC
1599 Post Road East
Westport, CT 06880
(203) 256-8600-phone
cem@lmplaw.net